IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN L. WATSON,

    Plaintiff,

v.                                                          Case No. 1:23-cv-41-AW-ZCB

JOSEPH HARRIS, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se inmate, alleges that three prison officials violated his Eighth Amendment rights by using excessive force. He seeks compensatory and punitive damages. Defendants have moved to dismiss as to the punitive damages. Their contention is that punitive damages are not recoverable because under the PLRA, punitive damages are a form of "prospective relief," and "[t]he court shall not grant or approve any prospective relief unless the court finds that such relief is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and is the least intrusive means necessary to correct the violation of the Federal right." 18 U.S.C. § 3626(a)(1)(A).

The magistrate judge recommends denying the motion to dismiss. ECF No. 35. Defendants have filed objections, ECF No. 37, which I have considered de novo. I have also considered Plaintiff's response, ECF No. 36, although it was not timely filed.

1

I agree with the magistrate judge that the issue need not be resolved now. And I disagree with the Defendants' contention that the issue should be resolved at this stage. The Eleventh Circuit has never held—as Defendants ask this court to hold—that punitive damages are categorically precluded in this circumstance. Instead, in *Johnson v. Breeden*, the court suggested they *could be* available in some circumstances. 280 F.3d 1308, 1325 (11th Cir. 2002), *abrogated on other grounds by Kingsley v. Hendrickson*, 576 U.S. 389, 395 (2015). Thus, I agree with the magistrate judge's recommendation.

I now adopt the report and recommendation and incorporate it into this order. The motion to dismiss (ECF No. 29) is DENIED. Defendants must answer the complaint within 14 days.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on January 2, 2024.

s/ *Allen Winsor*  
United States District Judge
